# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br><br> Plaintiff, <br><br> v. <br><br> BALAVANT D. PATEL, et al., <br><br> Defendants. | Case No.: 1:17-cv-01679 - DAD - JLT <br><br> ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ENTRY OF DEFAULT SHOULD NOT BE WITHDRAWN |

On December 13, 2017, Plaintiff initiated this action by filing a complaint against Balavant Patel and Rekha Patel, individually and doing business as Roadrunner Inn & Suites. (Doc. 1) The Court issued summons to these defendants on December 14, 2017. (Doc. 2)

On January 11, 2014, Plaintiff filed a proof of service as to defendant Balavant Patel, which indicated a server left the complaint and summons with a receptionist named Rebecca Patel, and mailed copies to the defendant's last known address on December 21, 2017. (Doc. 4 at 2) However, the proof of service was not signed. (*Id.* at 2, 3)

Plaintiff filed a request for entry of default on January 12, 2018, reporting "22 days have passed since service and Defendant has not filed a responsive pleading or otherwise appeared within the time proscribed by Rule 12(a) of the Federal Rules of Civil Procedure." (Doc. 5 at 1) Significantly, pursuant to Rule 6, when service is made by mail, "3 days are added after the period would otherwise expire." Fed. R. Civ. P. 6(d). Consequently, assuming there was proper service, the defendant's

1

answer was not due until January 16, 2018, and the request for the entry of judgment of judgment—and subsequent entry by the Clerk of Court—was premature.

In light of the substantive and procedural defects, **within seven days,** Plaintiff **SHALL** show cause in writing why the entry of default should not be set aside without prejudice to the plaintiff filing a properly signed proof of service and if, indeed, there has been default, to file a request for entry of default.

IT IS SO ORDERED.

Dated: **January 16, 2018**            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE