1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| THERESA BROOKE, | Case No.: 1:17-cv-01679 - DAD - JLT |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER DIRECTING THE CLERK OF THE COURT TO SET ASIDE THE CLERK'S ENTRY OF DEFAULT |
| v. | |
| BALAVANT D. PATEL, et al., | |
| Defendants. | |

11
12
13
14
15
16

On January 11, 2014, Plaintiff filed a proof of service as to defendant Balavant Patel that was not signed. (*Id.* at 2, 3) After the Plaintiff filed a request for entry of default the Clerk of Court did so without realizing the proof of service was defective. Plaintiff has now responded to the Court's order to show cause and agrees the entry of default should be withdrawn (Doc. 9). Therefore, the Court **ORDERS**:

17
18
19
20
21

      1.     The order to show cause is DISCHARGED:

22

      2.     The Clerk of the Court is DIRECTED to set aside the Clerk's Entry of Default (Doc. 6).

23
24

IT IS SO ORDERED.

25
26

Dated:   **January 18, 2018**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

27
28