# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | ) Case No.: 1:17-cv-01679 - DAD - JLT |
| Plaintiff, | ) ORDER CLOSING CASE |
| v. | ) (Doc. 13) |
| BALAVANT D. PATEL, et al., | ) |
| Defendants. | ) |

The plaintiff has filed a notice of voluntary dismissal. (Doc.13) No defendant has appeared in this action. Thus, according to Fed. R. Civ. P. 41, the dismissal is effective without an order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **February 15, 2018**            /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE